JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PORTIA MASON, | ) | Case No. CV 21-7868 FMO (KSx) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| INTERIOR DEFINE, INC., <u>et al.</u>, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 24th day of November, 2021.

_/s/_

Fernando M. Olguin
United States District Judge